# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

153146(14)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 153146
COA: 329775
Wayne CC: 86-000820-FC

DAVID VAUGHN,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 26, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



Clerk

p0227